

1  Alan Steven Wolf, Bar No. 94665
   Daniel K. Fujimoto, Bar No. 158575
   THE WOLF FIRM, A Law Corporation
2  2955 Main Street, Second Floor
   Irvine, CA  92614
3  Tel (949) 720-9200
   Fax (949) 608-0128
4
   Attorneys for Movant
5  U.S. Bank National Association, as trustee, on behalf of the
   holders of the First Franklin Mortgage Loan Trust 2006-FF14
6  Mortgage Pass-Through Certificates, Series 2006-FF14

7
              UNITED STATES BANKRUPTCY COURT
8
              EASTERN DISTRICT OF CALIFORNIA
9

10  In Re:                        )  CASE: 10-11989-B-7
                                  )
11  TIMOTHY DANIEL CASEY and SHAWNA)  CHAPTER 7
    MICHELLE CASEY aka SHAWNA MICHELLE)
12  DAMON                         )  REF.: ASW-1
                                  )
13       Debtors.                 )  ORDER GRANTING MOTION
                                  )  FOR RELIEF FROM THE
14                                )  AUTOMATIC STAY
                                  )
15                                )  DATE: 05/6/10
                                  )  TIME: 11:00am
16                                )  CTRM: 1ST FL
                                  )
17                                )  U.S. Bankruptcy Court
                                  )  1300 18th Street
18  _____)  Bakersfield, CA

19      A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case

20  having been filed by U.S. Bank National Association, as

21  trustee, on behalf of the holders of the First Franklin

22  Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through

23  Certificates, Series 2006-FF14, and having set to have been

24  heard before the HONORABLE W. RICHARD LEE, UNITED STATES

25  BANKRUPTCY JUDGE, on May 12, 2010, and the Court, having read

26  the various pleadings, documents and proceedings, and service

27

RECEIVED
May 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002612698

6401-5892

```
 1  having been made, and after due deliberation without hearing,
 2  does hereby make its order as follows:
 3      IT IS ORDERED that with respect to the real property
 4  commonly known as 1125 Statkowski Court, Bakersfield, CA
 5  93307, and more fully described as follows:
 6              SEE LEGAL DESCRIPTION MARKED AS EXHIBIT "A"
 7              AND INCORPORATED HEREIN BY REFERENCE
 8  Movant and its agents and successors are relieved of the
 9  automatic stay, and said stay is immediately terminated, so
10  that Movant and its agents and successors may exercise or
11  cause to be exercised any and all rights under its Note and/or
12  Deed of Trust under applicable nonbankruptcy law.
13      IT IS FURTHER ORDERED that the bankruptcy proceeding has
14  been finalized for purposes of Cal. Civil Code § 2923.5.
15      IT IS FURTHER ORDERED that the 14 day stay pursuant to
16  Rule 4001(a)(3) is hereby waived.
17      IT IS FURTHER ORDERED that except as set forth herein,
18  all other relief is denied without prejudice.
19
20
21  Dated: May 07, 2010
22
23                                      _____
24                                      W. Richard Lee
25                                      United States Bankruptcy Judge
26
27
```

Matter I.D. 6401-5892

# EXHIBIT A

*Exhibit A (I)*

# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF KERN, DESCRIBED AS FOLLOWS:

LOT 49 OF TRACT NO. 6177, UNIT 2, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED MARCH 3, 2005 IN BOOK 52, PAGE(S) 193 AND 194 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ONE HALF ALL OIL, GAS AND OTHER MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM, AS RESERVED BY WALKER V. SHAUL AND LULA MAY SHAUL, HUSBAND AND WIFE, IN DEED RECORDED APRIL 28, 1961 IN BOOK 3373, PAGE 985, OF OFFICIAL RECORDS, IN INTEREST OF WHICH IS NOW HELD BY BENJAMIN OWENS BUCHANAN, AS TO AN UNDIVIDED ONE-FIFTH INTEREST WILLIAM BUCHANAN, AS TO AN UNDIVIDED ONE-FIFTH INTEREST ESTHER JANE MOFFETT, AS TO AN UNDIVIDED ONE-FIFTH INTEREST MYRTLE B. WILLIAM, AS TO AN UNDIVIDED ONE-FIFTH INTEREST AND CHARLES F. BUCHANAN JR. FINETTA MAY KOSSIAN, DORA LEE TERRY., DOROTHY MAXINE DANBORN, GEORGE RICHARD BUCHANAN AND JACK ELLIS BUCHANAN, EACH AS TO AN UNDIVIDED ONE-THIRTIETH INTEREST BY FINAL DISTRIBUTION OF THE ESTATE OF WALKER VERNON SHAUL, AKA WALKER V. SHAUL, DECEASED, RECORDED JUNE 22, 1964 IN BOOK 3740, PAGE 80, OF SHAUL, AKA WALKER V. SHAUL, DECEASED, RECORDED JUNE 22, 1964 IN BOOK 3740, PAGE 80, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE QUARTER OF ALL OIL, GAS AND OTHER MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED, THEREFROM, AS RESERVED BY LEONA DESHIELDS, A WIDOW, IN DEED RECORDED JUNE 19, 1961 IN BOOK 3388, PAGE 360, OF OFFICIAL RECORDS.

ALL RIGHT TO THE USE OF THE SURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET FOR THE PURPOSES OF DRILLING FOR OR DEVELOPING ALL MINERALS, OIL, GAS OR OTHER HYDROCARBON SUBSTANCES WAS RELINQUISHED IN QUITCLAIM DEED EXECUTED BY LEONA DESHIELDS, A WIDOW, AS GRANTOR, RECORDED MARCH 2, 1983 IN BOOK 5530, PAGE 1881, OF OFFICIAL RECORDS, WHICH DEED FURTHER PROVIDES, THAT THE GRANTORS, THEIR HEIRS OR ASSIGNS, SHALL HAVE THE RIGHT TO DEVELOP SUCH SUBSTANCES BY SLANT DRILLING FROM LOCATIONS ON ADJACENT LANDS AT DEPTH OF MORE THAT 500 FEET AND IN SUCH MANNER AS NOT TO DISTURB THE SURFACE OF SAID LAND OR ANY IMPROVEMENTS THEREON.

ALSO EXCEPTING THEREFROM ONE-EIGHTH OF ALL OIL, GAS AND OTHER MINERALS WITHIN OR UNDERLYING SAID LAND, AS RESERVED BY RUTH N. STILLMAN, AN UNMARRIED WOMAN IN DEED RECORDED OCTOBER 4, 1977

Continued on next page

